# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOEL CRAWFORD,<br><br>    Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>    Respondent. | Case No.: 1:15-cv-00544-JLT<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT<br><br>ORDER DIRECTING CLERK OF THE COURT TO SUBSTITUTE M. E. SPEARMAN AS PROPER RESPONDENT |

After conducting a preliminary screening of the petition, the Court, on April 15, 2015, ordered Petitioner to file a motion to name the proper respondent within thirty days.  (Doc. 7).  On April 27, 2015, Petitioner filed the instant motion to name M.E. Spearman as proper Respondent.

For the foregoing reasons, the Court **ORDERS**:

1. Petitioner's motion to name a proper respondent (Doc. 10), is GRANTED.
2. The Clerk of the Court is DIRECTED to substitute the name of M.E. Spearman as proper Respondent in place of "On Habeas Corpus."

IT IS SO ORDERED.

Dated:   **May 20, 2015**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE